UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE CELEXA AND LEXAPRO ) MDL DOCKET NO. 1736
PRODUCTS LIABILITY LITIGATION ) ALL CASES

# MEMORANDUM AND ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that defendant Forest Pharmaceuticals' motion to dismiss plaintiff Kathleen Higgins' second amended complaint [#162-1] is granted, and plaintiff Kathleen Higgins' claims against defendant Forest Pharmaceuticals' in Cause Number 4:06CV1098 are dismissed with prejudice.

**IT IS FURTHER ORDERED** that defendant Forest Pharmaceuticals' alternative motion to transfer [#162-2] is denied as moot.

**IT IS FURTHER ORDERED** that defendant Forest Laboratories' motion to dismiss plaintiff Kathleen Higgins' second amended complaint is denied [#133-1].

**IT IS FURTHER ORDERED** that defendant Forest Laboratories' alternative motion to transfer [#133-2] <u>Kathleen Higgins, Individually, and as Personal Representative of the Estate of Francis Krivicich, deceased vs. Forest Laboratories. Inc.</u>, Cause Number 4:06CV1098, is granted, and <u>Kathleen Higgins,</u>

Individually, and as Personal Representative of the Estate of Francis Krivicich, deceased vs. Forest Laboratories. Inc., is hereby transferred to the United States District Court for the Western District of Virginia.

**IT IS FURTHER ORDERED** that defendant Forest Laboratories' motion to dismiss [#138] Carmen Hill, individually, as next friend of Morgan Hill, a minor, and as personal representative of the Estate of Alan Hill, deceased vs. Forest Laboratories, Inc., Cause Number 4:06CV1812, is denied.

                                                 RODNEY W. SIPPEL
                                                 UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2007.