UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE CELEXA AND LEXAPRO ) MDL DOCKET NO. 1736
PRODUCTS LIABILITY LITIGATION ) ALL CASES

## MEMORANDUM AND ORDER

On May 22, 2007, I entered an order transferring <u>Kathleen Higgins, Individually, and as Personal Representative of the Estate of Francis Krivicich, deceased vs. Forest Laboratories. Inc.</u>, to the United States District Court for the Western District of Virginia based upon the representation made by plaintiff's counsel that Higgins lived in Staunton, Virginia. Apparently, that was incorrect because defendant has filed a motion to transfer the case to the United States District for the Eastern District of Virginia because Higgins actually lives in Fauquier County, Virginia. Because this case has already been transferred to the Western District of Virginia, I will deny the defendant's motion. Defendant should request a divisional transfer from the Western District of Virginia when the case arrives. **<u>In the future, any motions for transfer of venue shall state the name of the court where transfer is sought</u> or they will be automatically denied without prejudice.**

**IT IS HEREBY ORDERED** that defendant's motion for an amended order [#200] is denied.

**IT IS FURTHER ORDERED** that <u>any future motions for transfer of venue shall state the name of the name of the court where transfer is sought or they will automatically be denied without prejudice.</u>

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of May , 2007.