UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE CELEXA AND LEXAPRO | ) | MDL DOCKET NO. 1736 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that defendants' motion to dismiss [#248] is set for hearing on **September 26, 2007 at 10:00 a.m. in Courtroom 10-South**.

**IT IS FURTHER ORDERED** that plaintiffs **Hill, Janusheske, Maples, Torlakson, Baldwin, Thomas, Smith, and Stanley shall show cause in writing by no later than Tuesday, September 18, 2007 why their complaints should not be dismissed with prejudice for failing and refusing to image computer hard drives and other electronic devices as ordered by this Court**.

**IT IS FURTHER ORDERED** that plaintiffs' counsel shall file an opposition to the motion to dismiss by no later than **September 18, 2007** which addresses the relief sought by defendants in their motion to dismiss, including the request to establish a procedure for dismissal of cases for plaintiffs who fail to comply with the Court's Orders to image computer hard drives and other electronic devices. **The opposition brief shall not exceed fifteen pages in length**.

**IT IS FURTHER ORDERED** that defendants may file a reply brief in support of their motion by no later than **September 24, 2007. <u>The reply brief may not exceed ten pages in length.</u>**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of September, 2007.