A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Jan 26, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 11, 2010

FILED
CLERK'S OFFICE

IN RE: CELEXA AND LEXAPRO PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Fredrick D. Reed v. Forest Laboratories, Inc., et al., ) | |
| M.D. Louisiana, C.A. No. 3:09-1003 ) | MDL No. 1736 |

## CONDITIONAL TRANSFER ORDER (CTO-29)

On February 16, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 416 F.Supp.2d 1361 (J.P.M.L. 2006). Since that time, 39 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Rodney W. Sippel.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of February 16, 2006, and, with the consent of that court, assigned to the Honorable Rodney W. Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 26, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

## UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:             [202] 502-2888
http://www.jpml.uscourts.gov

January 26, 2010

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL No. 1736 -- IN RE: Celexa and Lexapro Products Liability Litigation

(See Attached CTO-29)

Dear Mr. Woodward:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 11, 2010.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Darion Payne
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:     Transferee Judge:         Judge Rodney W. Sippel

JPML Form 36A

IN RE: CELEXA AND LEXAPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1736

PANEL SERVICE LIST (CTO-29)

Kent L. Klaudt
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Harris L. Pogust
POGUST BRASLOW & MILLROOD LLC
Eight Tower Bridge
161 Washington Street
Suite 1520
Conshohocken, PA 19428

Fredrick D. Reed
5760 Howell Park Avenue
Baton Rouge, LA 70805

Richard E. Sarver
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER LLC
909 Poydras Street
Suite 2400
New Orleans, LA 70112

Joseph P. Thomas
ULMER & BERNE LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Paul F. Waldner
VICKERY WALDNER & MALLIA LLP
One Riverway Drive
Suite 1150
Houston, TX 77056