UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
(St. Louis)

| | |
|---|---|
| IN RE: CELEXA AND LEXAPRO PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 1736 <br> : ALL CASES <br> : <br> : Judge Rodney W. Sippel <br> : |

DEFENDANTS' MOTION TO EXCLUDE TESTIMONY
OF PLAINTIFFS' EXPERT, DAVID HEALY, MD

Pursuant to Rules 402, 403, and 702 of the Federal Rules of Evidence, Defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc. (collectively "Defendants" or "Forest") move the Court for an order excluding the testimony of plaintiffs' expert witness, David Healy, MD. The motion is supported by the accompanying memorandum and exhibits and the Declaration of Jeffrey R. Schaefer.

Dated:  October 12, 2012

                                                          Respectfully submitted,

                                                          /s/ *John R. Ipsaro*
                                                          Joseph P. Thomas
                                                          John R. Ipsaro
                                                          ULMER & BERNE LLP
                                                          600 Vine Street, Suite 2800
                                                          Cincinnati, Ohio 45202
                                                          (513) 698-5104
                                                          (513) 698-5105 fax
                                                          jpthomas@ulmer.com
                                                          jipsaro@ulmer.com
                                                          ***Attorneys for Forest Laboratories, Inc.,***
                                                          ***and Forest Pharmaceuticals, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Defendants' Motion to Exclude Testimony of Plaintiffs' Expert, David Healy, MD, was filed and served electronically this 12th day of October, 2012, upon attorneys who have completed ECF registration as required by the Court.

/s/ *John R. Ipsaro, Esq.*
John R. Ipsaro, Esq.