UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: CELEXA AND LEXAPRO PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 1736<br>: ALL CASES |

**DEFENDANT FOREST LABORATORIES, INC.'S
MOTION FOR TELECONFERENCE WITH THE COURT**

Defendant Forest Laboratories, Inc. ("Forest") asks the Court to establish a telephone conference to address issues related to the deposition of Howard Solomon, the Chairman of the Board, Chief Executive Officer, and President of Forest, presently scheduled for December 20, 2012, in New York. In addition to the attached Memorandum of Law, Forest's motion is supported by the declaration of John Ipsaro filed contemporaneously herewith.

Respectfully submitted,

/s/ *John R. Ipsaro, Esq.*
Joseph P. Thomas, Esq.
John R. Ipsaro, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
Tel: (513) 698-5000 / Fax: (513) 698-5001
E-mail:  jthomas@ulmer.com
           jipsaro@ulmer.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed and served electronically this 11th day of December, 2012, upon attorneys who have completed ECF registration as required by the Court.

/s/ *John R. Ipsaro, Esq.*
John Ipsaro, Esq.